EXHIBIT A- DIANE BLACKMAN

























