EXHIBIT B- DOUG CAVANAUGH

| ORIGINAL WORKS BY DOUG CAVANAUGH | INFRINGING WORKS ON TEESPRING |
|---|---|

















