# EXHIBIT C- OLIVIER DELMAS

| ORIGINAL WORKS BY OLIVIER DELMAS | INFRINGING WORKS ON TEESPRING |
| --- | --- |

Unisex T-Shirt
$19.90
Add to cart
I believe I can ride
Graphic T-Shirt
$29.94
Poetic Cat
Internet Exclusive! - Available for a few days only
Yes Negan
YES NEGAN
Yes Negan T-Shirt
BEST SELLING TANK/SHIRT
THE DUDE
The dude
Buy it now
Available until Monday!

Redbubble Ltd [AU] | https://www.redbubble.com/people/theduc/works/24570244-just-do-eat
JUST DO EAT.
Just do eat
Teespring
Just do eat 17
Redbubble Ltd [AU] | https://www.redbubble.com/people/theduc/works/24570194-im-negan
I am NEGAN
I'm Negan
I'm vegan? Nah I'm negan !
Buy it now
Redbubble Ltd [AU] | https://www.redbubble.com/people/theduc/works/24569217-box-sweet-box
Box Sweet Box
Box sweet box
Redbubble Ltd [AU] | https://www.redbubble.com/people/theduc/works/12809873-kodamas?p=t-shirt
Unisex T-Shirt
$19.90
Kodamas

Redbubble Ltd [AU] | https://www.redbubble.com/people/theduc/works/22384620-kodamas
Kodamas
Teespring
Kodamas
LIMITED EDITION ! Ending soon !
100% Printed in the EUROPE - Ship Worldwide
Show More
tostadora
STITCH VITRUVIEN T-SHIRT by LeDuc
Model:
Men's t-shirt, short sleeve, top quality
Available colors:
Choose the size:
Verify your size here!
S
M
L
XL
XXL
In stock
$24.60
Add to Cart
Add to favorites
Mug - Experiment 626
BEST SELLING
TANK/SHIRT
Redbubble Ltd [AU] | https://www.redbubble.com/people/theduc/works/28443477-dj-link
DJ Link
DJ LINK T SHIRT 2
*HOW TO ORDER?
1. Select style and color
2. Click "Buy it Now"
3. Select size and quantity
4. Enter shipping and billing information
5. Done!
Tip: SHARE it with your friends, order together and save on shipping.
SSL SAFE & SECURE CHECKOUT via
Show More
Available Products:
Hanes Tagless Tee - €16.68