EXHIBIT E- JAY FLECK





