EXHIBIT F- BENJAMIN GEIGER







