EXHIBIT G- NINA GRONLUND









https://teespring.com/shop/cute-skulls-leggings?aid=marketplace&tsmac=marketplace&tsmic=search#pid=641&cid=102637&sid=front



Redbubble Ltd [AU] | https://www.redbubble.com/people/nikury/works/23694223-herb-witch-purple-pastel?p=sticker&size=small&size=medium
REDBUBBLE
Herb Witch // Purple Pastel
Stickers
Add to Cart
nikury
FOLLOW

Secure | https://teespring.com/shop/herb-witch-black-whi-2zq9lu?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=2397&sid=front
Teespring
Herb Witch Black White
Hanes Tagless Tee - $21.99
Buy it now

Redbubble Ltd [AU] | https://www.redbubble.com/people/nikury/works/25987263-sakura-cat-02?asc=u&grid_pos=102&p=t-shirt&rbs=d3f7a5b9-483d-4d...
REDBUBBLE
Womens T-Shirt
$28.12
Add to cart
Features
Reviews

Redbubble Ltd [AU] | https://www.redbubble.com/people/nikury/works/25987263-sakura-cat-02?asc=u&grid_pos=102&p=t-shirt&rbs=d3f7a5b9-483d-4d...
REDBUBBLE
Womens T-Shirt
$28.12
Add to cart
Features
Reviews

Redbubble Ltd [AU] | https://www.redbubble.com/people/nikury/works/28484370-feline-familiar-02-black?asc=u&c=747844-witchy-halloween&p=mens-p...
REDBUBBLE
Men's Premium T-Shirt
$41.66
Add to cart
Features
Reviews

Secure | https://teespring.com/shop/feline-familiar-02-b-hp5ycw?aid=marketplace&tsmac=marketplace&tsmic=search#pid=212&cid=5819&sid=front
Teespring
Feline Familiar 02 Black

Redbubble Ltd [AU] | https://www.redbubble.com/people/nikury/works/26207979-raven-familiar-ocha?asc=u&c=747844-witchy-halloween&p=sticker&ref...
REDBUBBLE
Raven Familiar // Ocha
Stickers
Add to Cart
nikury
FOLLOW

Secure | https://teespring.com/shop/Raven-Familiar-Ocha?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=2397&sid=front
Teespring
Raven Familiar // Ocha
Hanes Tagless Tee - $21.99
Buy it now

