EXHIBIT H- NEIL HAMPTON

REDBUBBLE
Unisex T-Shirt
$19.90
Add to cart

Teespring
ELM STREET NIGHTMARES
Buy it now

ELM STREET
Nightmares
EST.
NEVER SLEEP AGAIN

Teespring
ELM ST NIGHTMARES

REDBUBBLE
Unisex T-Shirt
$19.90
Add to cart
TOKYO-III

Teespring
INTERCEPT ALL ANGELS 19

REDBUBBLE
Unisex T-Shirt
$19.90
Add to cart

Teespring
MOTHER S RUIN - VARIANT 1





