EXHIBIT I- STEPHEN HARRIS











https://teespring.com/shop/pile-of-grey-bicycles-59z





















