











https://teespring.com/shop/blind-justice-angel-blind-6019?aid=marketplace&tsmac=marketplace&tsmic=search

https://teespring.com/shop/freedom-flight-chain-link-3087



https://teespring.com/shop/hand-signals-white-30-3586



https://teespring.com/shop/slam-puss-grey-77-8237



https://teespring.com/shop/smartphone-bot-8000-telep-5908