EXHIBIT J- AGATA KAMIENSKA

| ORIGINAL WORKS BY AGATA KAMIENSKA | INFRINGING WORKS ON TEESPRING |
|---|---|

