EXHIBIT K- WILLIAM CHUA TIONG KENG



| ORIGINAL WORKS BY WILLIAM CHUA TIONG KENG | INFRINGING WORKS ON TEESPRING |
|---|---|
| | |
| | |
| | Infringing Screenshot/Link No Longer Available |

