EXHIBIT L- CHOW HON LAM







