EXHIBIT M- JENNIFER LE FEUVRE

| ORIGINAL WORKS BY JENNIFER LE FEUVRE | INFRINGING WORKS ON TEESPRING |
| --- | --- |

Womens T-Shirt
$26.56
The Tiger Who Came To Tee
Merry Mermaids in Watercolor
MERRY MERMAIDS IN WATERCOLOR
$22.25
Unisex T-Shirt
$21.14
THE BEST THING ABOUT RAINY DAYS
Womens T-Shirt
$26.56
MUST LOVE PUGS
MUST LOVE PUGS T SHIRT

REDBUBBLE
Unisex T-Shirt
$21.14
Add to cart
Features
Reviews
Teespring
Start Designing
About Teespring
Login
Super(tired)Mom
Limited Time Offer! Not Sold In Store.
Hanes Tagless Tee - $21.99
Buy it now
Coral Hibiscus
Dinosaur Jungle
Men's Premium T-Shirt
$42.50
Rainbow Pastel Watercolor Moroccan Pattern
Gildan 8oz Heavy Blend Hoodie - $37.99

REDBUBBLE
Unisex T-Shirt
$21.14
Teespring
Bohemian
Buy it now
REDBUBBLE
Unisex T-Shirt
$21.14
Teespring
WOLVES AND STARS ON WHITE, WOLF, WOLVES,
REDBUBBLE
Unisex T-Shirt
$21.14
Teespring
Peach & Pink Poppy Tangle
REDBUBBLE
Womens T-Shirt
$26.56
Teespring
Musical Mermaid
Buy it now

Rainbow Fuchsia Floral Pattern – With
Sapphire & Jade Stained Glass Mandalas
Sparrow Flight
Rainbow Watercolor Paisley Flower
Buy it now





Full page image.





https://teespring.com/shop/Circle-of-Friends E?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=2397&sid=front

Unisex T-Shirt
$21.14
Teespring
Navy Blue Giraffes on White
Buy it now
Unisex T-Shirt
$21.14
Escapism
Buy it now
Men's Premium T-Shirt
$42.50
WHIMSICAL SUMMER FLIGHT
Unisex T-Shirt
$21.14
Think Outside the Fox
THINK
Buy it now

Unisex T-Shirt
$21.14
Iridescent Rainbow Crystals
Buy it now
Unisex T-Shirt
$21.14
Cherry Red Navy Blue Watercolor Floral P
Buy it now
Womens T-Shirt
$26.56
MERMAIDS HAVE BAD HAIR DAYS, TOO, MERMAI
Unisex T-Shirt
$21.14
LOOK OUT FOR ELEPHLIES, ANIMAL, BUTTERFL

Indigo Blue Denim Ink Doodle 5
Nature Mandala in Rainbow Hues
Ipod Panda 39
PUPPY BOUQUET, BOUQUET, DOG, FLOWERS, PE

Painted Golden Yellow Daisies on soft sage green
Cool Jade & Icy Mint Decorative Moroccan Tile Pattern
Cobalt Blue, Aqua Gold Decorative Morocc
Connected Creative in Blue
Buy it now

Unisex T-Shirt
$21.14
Add to cart
Features
Reviews
Teespring
Cute Baby Elephant In Pink, Purple Blue
Standard College Hoodie - $52.24
Unisex T-Shirt
$21.14
A Very Good Day
Hanes Tagless Tee - $21.99
Buy it now
Unisex T-Shirt
$21.14
Dusty Pink, White And Teal Elephant And
Hanes Tagless Tee - $21.99