EXHIBIT N- JAMIE MARSHALL





