EXHIBIT O- DAMIEN MASON









Unisex T-Shirt
$19.90
Pony Love
It had been strange even in a dream
A Boy and His Monster
Clive The Bunyip 25