EXHIBIT P- MARIO SANCHEZ NEVADO







