EXHIBIT Q- NICKERSTICKERS