EXHIBIT R- DAVID OLENICK



| ORIGINAL WORKS BY DAVID OLENICK | INFRINGING WORKS ON TEESPRING |
|---|---|











