EXHIBIT S- LIZA PHOENIX

| ORIGINAL WORKS BY LIZA PHOENIX | INFRINGING WORKS ON TEESPRING |
|---|---|

REDBUBBLE
Unisex T-Shirt
$19.90
S M L XL 2XL 3XL
Add to cart
Teespring
Apparel Home Decor Socks Phone Cases Accessories Mugs
BEST UNICORN MOM
***Limited Edition***
Ending soon !!!
Available in different color , design, and size.
100% Printed in the U.S.A - Ship Worldwide
*HOW TO ORDER?
1. Select style and color
2. Click "Buy it Now"
3. Select size and quantity
4. Enter shipping and billing information
5. Done! Simple as that!
Available Products:
Standard Unisex T-Shirt - $18.99
Cute Blue Octopus
LIMITED EDITION ! Ending soon !
100% Printed in the U.S.A - Ship Worldwide
*HOW TO ORDER?
1. Select style and color
2. Click "Buy it Now"
3. Select size and quantity
4. Enter shipping and billing information
5. Done! Simple as that!
TIP: SHARE it with your friends, order together and save on shipping.
Available Products:
Hanes Tagless Tee - $21.99
CAT MAGIC
CAT MAGIC
Only available for a LIMITED TIME, so get yours TODAY! 100% cotton, printed right here in the U.S.A.
You wont find this design anywhere else. Order with friends or family and save on shipping. We ship to more than 170 countries.
Click the "GREEN BUTTON" to get one. CAMPAIGN WILL END SOON AND GO TO PRINT SO RESERVE YOURS TODAY.
Available Products:
Hanes Tagless Tee - $21.99
Rainbow And Cupcakes Unicorn - Mens Premium T-Shirt
Rainbow And Cupcakes Unicorn - Mens Premium T-Shirt
- This premium t-shirt is as close to perfect as can be. Soft, comfortable durable. Created with love by the Teespring team - Wide range of colors sizes from S-5XL.
- Limited Time Only!
- Not available in stores. Don't Miss Out.
- SHARE & order with your friends & save on shipping.
- Guaranteed safe checkout: PAYPAL | VISA | MASTERCARD.
*** Need Help Ordering??? - Call Support (1-855-833-7774) Monday-Friday 9AM-5PM (EST) or Email: Support@teespring.com.
Available Products:
Gildan 8oz Heavy Blend Hoodie - $42.00

Unisex T-Shirt
$19.90
Kawaii Evil Cupcake
BEST SELLING TANK/SHIRT
Character Gallery » Creatures » Don't Stop Believin' in Aliens
Cute Alien
Rainbow sparkle alien with happy face.
If this doesn't inspire you to believe, nothing will.
don't stop believin'
Don't Stop Believin' in Aliens, 2016
Don't Stop Believin' in Aliens
BEST SELLING TANK/SHIRT
Character Gallery » Cute Sea » Don't Stop Believin' in Narwhals
I can fly!
He flew so high he touched the sky where aliens fed him strawberry pie.
Don't Stop Believin' in Narwhals, 2017
Don't stop believin'
BEST SELLING TANK/SHIRT
Unisex T-Shirt
$19.90
Mug - Cute unicorn
BEST SELLING TANK/SHIRT
Don't Stop Believin'

HALLOWEEN WITCH CAT
Heart Skull with Crossbones
BEST SELLING TANK/SHIRT
Hugs & Kisses Cupcake Postcard
Kisses Cupcake
BEST SELLING TANK/SHIRT
sugarhai
Character Gallery » Sweets » Ice Cream Kitty
So Yummy
Kawaii pink ice cream cone with kitty cat ears and rainbow sprinkles.
The new version says "meow" on the cone in English, the original version says "cute" in Japanese.
Ice Cream Kitty, 2013
Ice Cream Kitty
BEST SELLING TANK/SHIRT

Fairy Kei Kitty Cat Cake Shirts | Kawaii Clothes | Pastel Tumblr Oversized T-Shirts | Candy Sprinkles
$19.99+
Add to cart
KITTY CAT CAKE
Unisex T-Shirt
$19.90
Add to cart
ST PATRICK'S DAY LUCKY NARWHAL
Buy it now
Kawaii Maneki Neko 10588865
NarOLantern
Buy it now

Unisex T-Shirt
$19.90
Add to cart
japanese cat milk
neko milk
Nerd Life
nerd life
Nerd Narwhal
BEST SELLING TANK/SHIRT
Christmas Reindeer

Unisex T-Shirt
$19.90
Add to cart
Rainbow Narwhal Shirt
Hanes Tagless Tee - $21.99
Buy it now
Unisex T-Shirt
$19.90
RAINBOW TWINS
***Limited Edition***
Ending soon !!!
Available in different color , design, and size.
100% Printed in the U.S.A - Ship Worldwide
*HOW TO ORDER?
1. Select style and color
2. Click "Buy it Now"
3. Select size and quantity
4. Enter shipping and billing information
5. Done! Simple as that!
Hanes Tagless Tee - $18.99
Unisex T-Shirt
$19.90
Sprinkle Poo
Hanes Tagless Tee - $21.99
sugarhai
Cute Unicorn Ice Cream
Super kawaii ice cream cone with rainbow sprinkles, happy face, and unicorn horn.
Shop
Fun Stuff
Image Use Information
Can't find the product or the color that you want? Let me know.
Unicone, 2013
Unicorn Ice Cream Cone
BEST SELLING TANK/SHIRT
Hanes Tagless Tee - $22.99

Unisex T-Shirt
$19.90
Add to cart
KAWAII UNICORN WITCH
Teespring
Cute Albino Bat
Valentine's Day
Bacon is my Valentine
Cute Bat Cream Cone
bacon is my valentine
unicorn witch

Unisex T-Shirt
$19.90
cake
is my valentine
Cake is my Valentine
Valentine's Day
HOW TO ORDER ?
1. Select your Product and your Color
2. Select your Preferred Size and Quantity
3. Click the "Buy It Now"
4. CHECKOUT!
Standard College Hoodie - $38.21
Japanese Chocolate Milk
BEST SELLING
TANK/SHIRT
chocolate
milk
チョコレート!
Hanes Tagless Tee - $22.99
Green Christmas Cupcake
#BoostedChristmas
#BoostedChristmasDay
#BoostedNoel
#BoostedNoelDay
Gildan 8oz Heavy Blend Hoodie - $38.99
Cute Christmas Tree
all is bright

REDBUBBLE
Unisex T-Shirt
$19.90
Add to cart
Teespring
Cute Holly Leaf
#BoostedEU
#BoostedChristmas
#BoostedChristmasDay
#BoostedNoel
#BoostedNoelDay
HOW TO ORDER ?
1. Select your Product and your Color
2. Select your Preferred Size and Quantity
3. Click the "Buy It Now"
4. CHECKOUT!
Gildan 8oz Heavy Blend Hoodie - $38.99
Cute Manatee
Valentine's Day
Standard Unisex T-Shirt - $22.71
Cute Purple Panda
HOW TO ORDER ?
1. Select your Product and your Color
2. Select your Preferred Size and Quantity
3. Click the "Buy It Now"
4. CHECKOUT!
Gildan 8oz Heavy Blend Hoodie - $38.99
Eat Me Ice Cream Cone
BEST SELLING
TANK/SHIRT
Hanes Tagless Tee - $22.99

Discover more ideas with a Pinterest account
Sign up or log in to continue exploring
More like this
love wins
Article by sugarhai
Read it
'Fabulous Rainbow Candy...
Super cute sparkle rainbow cloud vinyl stickers. Love wins.
See more
LOVE WINS
LUCK FARTING UNICORN
make your own luck
Unisex T-Shirt
$19.90
Mr. Panda
Ice Cream with Mustache Pinback Button
$3.20
Add to Cart
icecream rainbow with mustach
Buy it now
01
03
16
14

www.sugarhai.com/unistache.shtml
sugarhai
Character Gallery » Unicorns » Unistache
Unicorn with Mustache
Super cute baby unicorn with mustache and pink love heart.
Shop
Fun Stuff
Image Use Information
Can't find the product or the color that you want? Let me know.
Unistache, 2013
https://teespring.com/shop/smnek8xq-237651
Teespring
Cute mustache unicorn
BEST SELLING TANK/SHIRT
Hanes Tagless Tee - $22.99
https://www.redbubble.com/people/sugarhai/works/10615844-cute-mustache
REDBUBBLE
Unisex T-Shirt
$19.90
Add to cart
https://teespring.com/shop/BestSelling0187bs
Cute Mustache
Gildan 8oz Heavy Blend Hoodie - $38.99
Buy it now
https://www.google.com/search?q=liza+phoenix+my+cat+is+my+valentine
Cute funny baby unicorn with heart fa...
Pinterest
My Cat is my Valentine by sugarhai
Related images:
my cat is my valentine
https://teespring.com/shop/valentine-day-eueuzz7098ez
My Cat is my Valentine
Valentine's Day
Standard Unisex T-Shirt - $22.63
https://www.redbubble.com/people/sugarhai/works/13849064-my-valentine-is-a-unicorn
Unisex T-Shirt
My Valentine is a Unicorn by sugarhai
$19.90
Add to cart
my valentine is a unicorn so there.
https://teespring.com/shop/valentine-day-eueuzz7196ez
My Valentine is a Unicorn
Valentine's Day
Standard Unisex T-Shirt - $22.63

Unisex T-Shirt
$19.90
Add to cart
Cute Pirate Cupcake
Valentine's Day
Seal of Approval
BEST SELLING TANK/SHIRT
Merry and Bright Snowman
Kawaii Space Cake

St. Patrick's Day Kiss Me i Fart Gold
Unicorn Bacon Pounce
UNICORN CRAPPUCCINO
Unicorn on the Inside
BEST SELLING TANK/SHIRT
Unisex T-Shirt
$19.90