EXHIBIT T- ALAN PIRIE



