EXHIBIT U- NATHAN RYDER

REDBUBBLE
Find your thing
Unisex T-Shirt
18% Grey Test Tee by Naf4d
$20.89
S
M
L
XL
Add to cart
Delivery
+ 17 colors
Teespring
Start Designing
18% GREY TEST TEE
from Trending T-Shirt
***Just Released and Only Here for a LIMITED TIME!
***Not Available In Stores
***Guaranteed Safe and Secure Checkout Through PayPal, Visa, MasterCard.
***Each item is printed on super soft premium material! Printed and shipped from the U.S. We ship to 178 countries
Available Products:
Hanes Tagless Tee - £18.67
Colors:
REDBUBBLE
Find your thing
Unisex T-Shirt
Eats, shoots & Leaves white by Naf4d
$20.89
Add to cart
Delivery
EATS SHOOTS AND LEAVES
+ 17 colors
Eats, Shoots & Leaves...
Buy it now
01
08
48
59
REDBUBBLE
Find your thing
Unisex T-Shirt
Gone clubbin' by Naf4d
$20.89
Add to cart
Delivery
Gone Clubbin'
+ 17 colors
Gone clubbin'
Hanes Tagless Tee - $21.99
Buy it now
Last day to order!
REDBUBBLE
Find your thing
Unisex T-Shirt
Can you smell bacon? by Naf4d
$20.89
Add to cart
Delivery
+ 17 colors
Can You Smell Bacon
Hanes Tagless Tee - $21.99

REDBUBBLE
Unisex T-Shirt
$20.89
Add to cart
Teespring
Speaker of the house...
Buy it now
BOBBY THE PIG SAYS- OH SHIT
oh shit!
Rhubarb & Custard
Love Helvetica
helvetica

REDBUBBLE
Unisex T-Shirt
Samurai Sun by Naf4d
$20.89
Add to cart
Samurai Sun
REDBUBBLE
Unisex T-Shirt
Swimming with Beavers by Naf4d
$20.89
Add to cart
SWIMMING WITH BEAVERS
REDBUBBLE
Unisex T-Shirt
Bassline by Naf4d
$20.89
Add to cart
SICK BASS LINES BRO
MUSIC
MUSIC
REDBUBBLE
Unisex T-Shirt
LomoSexual by Naf4d
$20.89
Add to cart
LomoSexual 45
Buy it now

REDBUBBLE
Find your thing
Unisex T-Shirt
Ninja Ted by Naf4d
$20.89
Add to cart
Delivery
Ninja Ted 36
Buy it now
Unisex T-Shirt
I Love Seals by Naf4d
$20.89
Add to cart
I SEALS
I Love Seals
Buy it now
Last day to order!
Unisex T-Shirt
Toy Bang Hand with flag by Naf4d
$20.89
Add to cart
BANG
Toy Bang Hand with flag
Unisex T-Shirt
Paper Darts / Planes by Naf4d
$20.89
Add to cart
Paper Darts / Planes
Buy it now

Infringing Screenshot/Link
No Longer Available
REDBUBBLE
Unisex T-Shirt
High 5 by Naf4d
$20.89
Add to cart
I got the funk by Naf4d
I got the funk
Arrr! is the first rule of Pirate Club by Naf4d
Roadkill
Buy it now

