# EXHIBIT V- JENNIFER SMITH









