





Case 2:18-cv-08357-CBM-AGR   Document 1-28   Filed 09/27/18   Page 4 of 4   Page ID #:200

