



Case 2:18-cv-08357-CBM-AGR   Document 1-30   Filed 09/27/18   Page 3 of 5   Page ID #:208





