



Infringing Screenshot/Link
No Longer Available



