EXHIBIT W- BALAZS SOLTI





























