EXHIBIT X- JYNELL ST. JAMES





Case 2:18-cv-08357-CBM-AGR Document 1-35 Filed 09/27/18 Page 3 of 16 Page ID #:239

























<~>