EXHIBIT Y- KARIN TAYLOR























